## MURPHY v. RELIANCE GOLD MINING CO. et al.

Where appellant files no abstract or brief, it is presumed that no errors of law occurred at the trial.

(Opinion filed, June 13, 1906.)

Appeal from Circuit Court, Lawrence County. Hon. W. G. Rice, Judge.

Action by Patrick Murphy against the Reliance Gold Mining Company and others. From an order overruling a demurrer to the complaint, the defendant appeals. Affirmed.

*Polley & Stewart,* for appellant. *Henry Frawley,* for respondents.

FULLER, P. J. On the 14th day of March, 1905, this appeal was taken from an order overruling a demurrer to the complaint in an action instituted on the 20th day of December, 1904, and the case was placed upon the printed calendar for our Octobr, 1905; term.

As appellant has neither filed an abstract nor brief in this court, it is presumed that no errors of law occurred at the trial; and the order appealed from is affirmed.